UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61140-Civ-Ungaro/Torres

RODOLFO CAPOTE,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC.,

    Defendant.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-20264-Civ-Ungaro/Torres

BRIAN C. DAWSON,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC.,
and JOHN DOES I-V,

    Defendants.
_____/

## ORDER ON PLAINTIFFS' UNOPPOSED AND VERIFIED MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES

**THIS CAUSE** is before the Court on Plaintiff's Unopposed and Verified Motion for an Award of Costs and Attorney fees (DE __32__). Having considered the Motion, and the accompanying Declarations and the entire file, and, it is:

**ORDERED AND ADJUDGED** that: Plaintiffs' Unopposed and Verified Motion for an Award of Costs and Attorney fees (DE 32) is **GRANTED.** The Court awards Plaintiffs' counsel attorney fees and costs in the amount of $54,000.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 14 day of Nov., 2011.

_[signature]_
URSULA M. UNGARO
United States District Judge

cc:   All Counsel of Record